UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X

LUC BURBON,

                              Plaintiff,

      -against-

AROVAST CORPORATION,

                              Defendants.

--------------------------------------------------------X

*Civil Action No.*

**1:20-cv-06148-NGG-VMS**

## **NOTICE OF SETTLEMENT**

PLEASE TAKE NOTICE that Plaintiff, LUC BURBON and Defendant AROVAST CORPORATION hereby notify this Honorable Court that settlement has been reached in the above-referenced case among all parties. The Parties are drafting the necessary documents and expect to finalize the agreement in the next few weeks. Accordingly, we respectfully request a 30-day order be issued.

Dated: April 22, 2021

                                                          By:_____
                                                            Bradly G. Marks
                                                            The Marks Law Firm, PC
                                                             54 West 40th Street, Suite 1131
                                                             New York, NY 10018
                                                              T:(646) 770-3775