UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------x
:
LUC BURBON and on behalf of all :
other persons similarly situated, :
:
                              Plaintiffs, :    No. 1:20-cv-06148-NGG-VMS
:
                       -against- :
:
AROVAST CORPORATION, :
:
                              Defendant. :
------------------------------------x

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by the parties to this action, by and through their undersigned counsel, that this action is dismissed with prejudice pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear its or their own legal fees and costs.

Dated:

THE MARKS LAW FIRM, P.C.

By: _____
Bradly G. Marks
54 West 40th St, Ste. 1131
New York, New York 10018
(646) 770-3775
*Attorneys for Plaintiffs*

SILICON VALLEY LAW GROUP

By: _____
Edward A. Kraus
One North Market St., Suite 200
San Jose, CA 95113
(408) 573-5740
*Attorneys for Defendant*

SO-ORDERED.
/s/ Nicholas G. Garaufis, U.S.D.J.
Hon. Nicholas G. Garaufis
Date: May 24, 2021